| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 812195 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 400 Fellowship Road, Suite 100 <br> Mt. Laurel, NJ 08054 <br> 856-813-5500 <br> Attorneys for HOME POINT FINANCIAL CORPORATION | |
| In Re: <br><br> JESSE L. AUSTIN A/K/A JESSE LEE AUSTIN <br> AMBER D. AUSTIN | Case No: 18-17494 - ABA <br><br> Judge: Andrew B. Altenburg, Jr <br><br> Chapter: 13 |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>HOME POINT FINANCIAL CORPORATION</u> with regards to its mortgage. Said Mortgage was recorded on July 21, 2016, Book 4118, Page 950 on the real property, located at 106 EAST DICKINSON STREET, WOODSTOWN, NJ 08098 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: July 23, 2018                                  /s/ Nicholas V. Rogers
                                                                Nicholas V. Rogers, Esq.
                                                                Phelan Hallinan Diamond & Jones, PC
                                                                400 Fellowship Road, Suite 100
                                                                Mt. Laurel, NJ 08054
                                                                Tel: 856-813-5500 Ext. 42689
                                                                Fax: 856-813-5501
                                                                Email: nicholas.rogers@phelanhallinan.com