UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

46402

MORTON & CRAIG, LLC

110 Marter Avenue

Suite 301

Moorestown, NJ 08057

(856)866-0100

Attorney for Ford Motor Credit Company LLC

JM-5630

In Re:
JESSE L. AUSTIN
AMBER D. AUSTIN

Case No.: 18-17494 (ABA)

Adv. No.:

Hearing Date:

Judge: Hon. Andrew B. Altenburg Jr.

**CERTIFICATION OF CONSENT**
**REGARDING CONSENT ORDER PROVIDING THAT**
**FORD MOTOR CREDIT COMPANY LLC**
**IS UNAFFECTED BY DEBTORS' PLAN**

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the

Court, the following conditions have been met:

(a) The terms of the copy of the consent order are identical to those set forth in the original consent order;

(b) The signatures on the copy of the consent order submitted to the Court reference signatures of

consenting parties obtained on the original consent order;

(c) I will retain the original consent order for the required seven year period;

(d) I will make the original consent order available for inspection upon request of the Court or any party

in interest; and

(e) I acknowledge the signing of same for all purposes including those under Fed. R. Bank.P.9011;

/s/ William E. Craig, Esq.
William E. Craig, Esq.
Attorney for Ford Motor Credit Company LLC