UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

46402
Morton & Craig LLC
William E. Craig, Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company
JM-5630

In Re:

JESSE L. AUSTIN
AMBER D. AUSTIN

Case No.: 18-17494

Hearing Date:

Judge: Hon. Andrew B. Altenburg, Jr.

Order Filed on September 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER PROVIDING THAT FORD MOTOR CREDIT COMPANY IS UNAFFECTED BY DEBTORS' PLAN

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 28, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtors: Jesse and Amber Austin
Case No: 18-17494 (ABA)

Upon agreement between William E. Craig, attorney for Ford Motor Credit Company, and Richard S. Hoffman, Jr., Esquire, attorney for the Debtors, and for good cause shown;

1. That Ford Motor Credit Company ("Ford") is the holder of a first purchase money security interest encumbering a 2017 Ford Escape bearing vehicle identification number 1FMCU0GDXHUF01164.
2. That aside from any pre-petition arrears set forth in any Proof Of Claim filed by Ford, Ford Motor Credit is unaffected by the Debtors' chapter 13 plan, and Ford's claim will not be discharged upon completion of the plan.

We hereby consent to the form and entry of the within Order:

_____
William E. Craig, Esq.
Attorney For Ford Motor Credit Company


_____
Richard S. Hoffman, Jr., Esq.
Attorney For Debtors