UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

46402
Morton & Craig LLC
William E. Craig, Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company
JM-5630

In Re:

JESSE L. AUSTIN
AMBER D. AUSTIN

Case No.: 18-17494

Hearing Date:

Judge: Hon. Andrew B. Altenburg, Jr.

Order Filed on September 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER PROVIDING THAT FORD MOTOR CREDIT COMPANY IS UNAFFECTED BY DEBTORS' PLAN

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 28, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtors: Jesse and Amber Austin
Case No: 18-17494 (ABA)

Upon agreement between William E. Craig, attorney for Ford Motor Credit Company, and Richard S. Hoffman, Jr., Esquire, attorney for the Debtors, and for good cause shown;

1. That Ford Motor Credit Company ("Ford") is the holder of a first purchase money security interest encumbering a 2017 Ford Escape bearing vehicle identification number 1FMCU0GDXHUF01164.
2. That aside from any pre-petition arrears set forth in any Proof Of Claim filed by Ford, Ford Motor Credit is unaffected by the Debtors' chapter 13 plan, and Ford's claim will not be discharged upon completion of the plan.

We hereby consent to the form and entry of the within Order:

_____
William E. Craig, Esq.
Attorney For Ford Motor Credit Company

_____
Richard S. Hoffman, Jr., Esq.
Attorney For Debtors

United States Bankruptcy Court
District of New Jersey

In re:  
Jesse L. Austin  
Amber D. Austin  
    Debtors

Case No. 18-17494-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 28, 2018  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.  
db/jdb      +Jesse L. Austin,    Amber D. Austin,    106 E. Dickinson Street,    Woodstown, NJ 08098-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Nicholas V. Rogers    on behalf of Creditor    HOME POINT FINANCIAL CORPORATION nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
         Richard S. Hoffman, Jr.    on behalf of Debtor Jesse L. Austin rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
         Richard S. Hoffman, Jr.    on behalf of Joint Debtor Amber D. Austin rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
         Sherri Jennifer Smith    on behalf of Creditor    HOME POINT FINANCIAL CORPORATION nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William E. Craig    on behalf of Creditor    Ford Motor Credit Company LLC mortoncraigecf@gmail.com, mortoncraigecf@gmail.com  
                                                                                       TOTAL: 10