| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>812195<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for HOME POINT FINANCIAL CORPORATION | |
| In Re:<br><br>Jesse L. Austin A/k/a Jesse Lee Austin<br>Amber D. Austin | Case No: 18-17494 - ABA<br><br>Hearing Date: 10/2/2018<br><br>Judge: Andrew B. Altenburg, Jr<br><br>Chapter: 13 |

# CERTIFICATION OF SERVICE

1. I, Brandon Johnson:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents HOME POINT FINANCIAL CORPORATION in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On October 2, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Order Resolving Motion to Vacate Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 2, 2018                    /s/ *Brandon Johnson*
                                              Brandon Johnson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jesse Lee Austin<br>106 East Dickinson Street, Woodstown, NJ 08098 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Amber D. Austin<br>106 East Dickinson Street, Woodstown, NJ 08098 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Richard S. Hoffman, Jr., Esquire<br>412 Swedesboro Road<br>Mullica Hill, NJ 08062 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa, Trustee<br>Cherry Tree Corporate Cen<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2