UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RICHARD S. HOFFMAN, JR., ESQ. (#RH-9353)
HOFFMAN DiMUZIO
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 694-3939
Attorney for Debtor(s)

Order Filed on October 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JESSE L. AUSTIN
AMBER D. AUSTIN

Case No.:     18-17494

Chapter:     13

Judge:     ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 30, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Richard S. Hoffman, Jr., Esq._____, the applicant, is allowed a fee of $ _____700.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____700.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 18-17494-ABA
Jesse L. Austin                                                                Chapter 13
Amber D. Austin
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Oct 30, 2018
                          Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db/jdb          +Jesse L. Austin,   Amber D. Austin,   106 E. Dickinson Street,   Woodstown, NJ 08098-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company LLC
       ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      Nicholas V. Rogers    on behalf of Creditor   HOME POINT FINANCIAL CORPORATION nj.bkecf@fedphe.com
      Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
      Richard S. Hoffman, Jr.    on behalf of Debtor Jesse L. Austin rshoffman@hoffmandimuzio.com,
       lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
      Richard S. Hoffman, Jr.    on behalf of Joint Debtor Amber D. Austin rshoffman@hoffmandimuzio.com,
       lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
      Sherri Jennifer Smith     on behalf of Creditor    HOME POINT FINANCIAL CORPORATION
       nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William E. Craig    on behalf of Creditor   Ford Motor Credit Company LLC mortoncraigecf@gmail.com,
       mortoncraigecf@gmail.com
                                                                                                                                         TOTAL: 10