| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**RICHARD S. HOFFMAN, JR., ESQ. (#RH-9353)**<br>**HOFFMAN DiMUZIO**<br>**A Partnership of Professional Corporations**<br>412 Swedesboro Road<br>Mullica Hill, New Jersey 08062<br>(856) 694-3939<br>Attorneys for Debtor(s) | Order Filed on December 22, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JESSE L. AUSTIN<br>AMBER D. AUSTIN<br><br>Debtors | Case No.:       18-17494<br><br>Hearing Date:  12/15/2020 @ 10:00am<br><br>Judge:             ABA |

# ORDER SUSPENDING CHAPTER 13 PLAN PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 22, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2**

| | |
|---|---|
| Debtor: | JESSE L. AUSTIN and AMBER D. AUSTIN |
| Case No: | 18-17494 (ABA) |
| Caption of Order: | **ORDER SUSPENDING CHAPTER 13 PLAN PAYMENTS** |

This matter having been brought before the Court on the application of Hoffman DiMuzio on behalf of Debtors, Jesse L. Austin and Amber D. Austin, seeking an Order Suspending Chapter 13 Plan Payments, and the Court having considered the moving papers, any opposition filed thereto and arguments of counsel, and for good cause being shown:

**IT IS HEREBY ORDERED** that Chapter 13 Plan Payments shall be suspended for three (3) months from October 2020 through December 2020; and

**ORDERED** that Debtor shall file a Modified Plan to resolve the arrearages caused by this suspension period within 14 days of the date of this Order.