Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−17494−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesse L. Austin                                        Amber D. Austin
   aka Jesse Lee Austin                          106 E. Dickinson Street
   106 E. Dickinson Street                    Woodstown, NJ 08098
   Woodstown, NJ 08098

Social Security No.:
   xxx−xx−6088                                         xxx−xx−9849

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 15, 2019.

On 1/11/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                    February 24, 2021
Time:                   10:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 12, 2021
JAN:

                                                                                             Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-17494-ABA
Jesse L. Austin  Chapter 13
Amber D. Austin
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 12, 2021 | Form ID: 185 | Total Noticed: 79 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse L. Austin, Amber D. Austin, 106 E. Dickinson Street, Woodstown, NJ 08098-1317 |
| cr | + | HOME POINT FINANCIAL CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517455513 | | Apex Asset Mgmt., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 517455515 | | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 517455516 | | Barclay Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517455517 | | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 517577755 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517455521 | + | Cardiovascula Assc. of Del Valley, 120 White Horse Pike, Suite 112, Haddon Heights, NJ 08035-1938 |
| 517455522 | | Care Associates of Salem Co., Woodstown Family Practice, 125 E. Aveue Suite C, Woodstown, NJ 08098 |
| 517455523 | + | CitiCards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517466437 | + | D. Anthony Sottile, Esquire, Authorized Agent for Home Point Financia, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 517455528 | + | EdFinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 517494708 | + | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 517455529 | | Elan Cardnenber Service, PO Box 790408, Saint Louis, MO 63179-0408 |
| 517455530 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 517570230 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 517455531 | | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 517455532 | | Genpath Women's Health, BIoreference Laboratories, PO Box 21134, New York, NY 10087-1134 |
| 517464918 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 517455535 | + | Inspira Health Network, Patient Business Services, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 517455536 | | Inspira Health Network, PO Box 650292, Dallas, TX 75265-0292 |
| 517455537 | + | Inspira Health Network Urgent Care, 1120 Delsea Drive North, Glassboro, NJ 08028-1444 |
| 517455538 | + | Inspira Medical Group, Cooper Bone & Joint, 1120 Delsea Drive North, Glassboro, NJ 08028-1444 |
| 517455539 | | Jefferson Unv. Physicians, PO Box 40089, Philadelphia, PA 19106-0089 |
| 518923552 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518923553 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 517455541 | + | MedExpress Urgent Care, NJ, Attn: Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 517525486 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 517455544 | | Patient First, PO BOx 758941, Baltimore, MD 21275-8941 |
| 517476603 | + | Pennsville National Bank, 170 s. Broadway, Pennsville, NJ 08070-2200 |
| 517455545 | + | Pennsville National Bank, PO Box 345, Pennsville, NJ 08070-0345 |
| 517455546 | + | Premier Dermatology & Cosmetic Surgery, 537 Stanton Christiana Road, Newark, DE 19713-2148 |
| 517455547 | + | Raymour and Flanigan, 1000 Macarther Blvd, Mahwah, NJ 07430-2035 |
| 517455549 | | Receivables Outsourcing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 517455550 | | Regional Diagnostic Imaging, 2527 Cranberry Highway, Wareham, MA 02571-1046 |
| 517455552 | + | SJ Anesthesia & Pain Physicians, 509 N. Broad Street, Woodbury, NJ 08096-1617 |
| 517455551 | | Sequium Asset Solutions, LLC, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 517455553 | + | South Jeersey Health System, Attn: Professional Med Adj Bureau, 4135 S. Sgtream Blvd., Suite 400, Charlotte, NC 28217-4636 |
| 517573242 | + | South Jersey Anesthesia and Pain Phys, Apes Asset Management, LLC, PO Box 5407, Lancaster PA 17606-5407 |

Case 18-17494-ABA    Doc 51    Filed 01/14/21    Entered 01/15/21 00:21:37    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: 185 | Total Noticed: 79 |

| | | |
|---|---|---|
| 517455554 | | South Jersey Gas Co., PO Box 6091, Bellmawr, NJ 08099-6091 |
| 517455555 | + | South Jersey Gastro Consultants, Attn: Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 517455556 | | South Jersey HS Emg Phys, Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 517455559 | + | TD Retail Card Services, Raymour & Flanigan account, PO Box 731, Mahwah, NJ 07430-0731 |
| 517577944 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517455562 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corporation, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 517455560 | | The Eye Institute of Salus Unv., PO Box 95000, Philadelphia, PA 19195-0001 |
| 517814620 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517528701 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517455561 | | Toyota Motor Credit Corporation, PO Box 4102, Carol Stream, IL 60197-4102 |
| 517543701 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 517455563 | | US Dept of Education, PO Box 105081, Atlanta, GA 30348-5081 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2021 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2021 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517455514 | | Email/Text: bankruptcy@pepcoholdings.com | Jan 12 2021 21:31:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517455519 | | Email/Text: clientrep@capitalcollects.com | Jan 12 2021 21:34:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 517455520 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 12 2021 22:32:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517455524 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 12 2021 21:31:00 | Comenity - PayPal, PO Box 182125, Columbus, OH 43218-2125 |
| 517455525 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 12 2021 21:33:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 517455526 | | Email/Text: G06041@att.com | Jan 12 2021 21:32:00 | DirecTV, PO Box 11732, Newark, NJ 07101-4732 |
| 517594499 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 12 2021 22:31:22 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517467716 | | Email/Text: mrdiscen@discover.com | Jan 12 2021 21:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517455527 | + | Email/Text: mrdiscen@discover.com | Jan 12 2021 21:30:00 | Discover Card, Attn: Bankruptcy Dept., PO Box 3025, New Albany, OH 43054-3025 |
| 517455533 | | Email/Text: jkatsios@gsicollections.com | Jan 12 2021 21:31:00 | GSI Recovery, LLC, PO Box 1026, Bloomfield, NJ 07003-1026 |
| 517455534 | | Email/Text: bankruptcy@homepointfinancial.com | Jan 12 2021 21:30:00 | Home Point Financial, 4849 Greenville Avenue, Suite 800, Dallas, TX 75206 |
| 517480121 | | Email/Text: bankruptcy@homepointfinancial.com | Jan 12 2021 21:30:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 517455540 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2021 21:30:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 517601301 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 22:31:19 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 18-17494-ABA    Doc 51    Filed 01/14/21    Entered 01/15/21 00:21:37    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: 185 | Total Noticed: 79 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517580971 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2021 21:32:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517455542 | | Email/PDF: pa_dc_claims@navient.com | Jan 12 2021 22:31:18 | Navient, Dept of Ed Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517585799 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2021 22:31:15 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517599821 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2021 22:32:51 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517528582 | + | Email/Text: colleen.atkinson@rmscollect.com | Jan 12 2021 21:33:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 517582884 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2021 21:32:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517455548 | | Email/Text: colleen.atkinson@rmscollect.com | Jan 12 2021 21:33:00 | Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 517491267 | + | Email/Text: jkatsios@gsicollections.com | Jan 12 2021 21:31:00 | Regional Diagnostic Imaging, LLC, c/o GSI Recovery, LLC, PO Box 1026, Bloomfield, NJ 07003-1026 |
| 517460223 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2021 22:31:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517455557 | | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2021 22:32:39 | Synchrony Bank/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 517455558 | | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2021 22:32:39 | Synchrony Bank/PayPal, PO Box 965005, Orlando, FL 32896-5005 |
| 517455543 | | Email/Text: ebn@nemours.org | Jan 12 2021 21:32:00 | Nemours CBO Collections Unit, PO Box 530253, Atlanta, GA 30384-2053 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 517580999 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517455518 | ##+ | Borough of Woodstown, PO Box 286, Woodstown, NJ 08098-0286 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor HOME POINT FINANCIAL CORPORATION hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Richard S. Hoffman, Jr. | on behalf of Joint Debtor Amber D. Austin rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Jesse L. Austin rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor HOME POINT FINANCIAL CORPORATION smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ford Motor Credit Company LLC mortoncraigecf@gmail.com mortoncraigecf@gmail.com |

TOTAL: 10