UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Ford Motor Credit Company LLC
Our File No.: 52321
JM-5630

**Order Filed on March 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jesse L. Austin
Amber D. Austin

| | |
|---|---|
| Case No.: | 18-17494 |
| Hearing Date: | 3-9-2021 |
| Judge: | ABA |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 9, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____Ford Motor Credit Company LLC_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

- ❏   Real property more fully described as:

- ☑   Personal property more fully described as:

    2017 Ford Escape
    Vehicle Identification Number
    1FMCU0GDXHUF01164

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17494-ABA |
| Jesse L. Austin | Chapter 13 |
| Amber D. Austin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jesse L. Austin, Amber D. Austin, 106 E. Dickinson Street, Woodstown, NJ 08098-1317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor HOME POINT FINANCIAL CORPORATION hkaplan@rasnj.com  informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Richard S. Hoffman, Jr. | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Jesse L. Austin rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Joint Debtor Amber D. Austin rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor HOME POINT FINANCIAL CORPORATION smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ford Motor Credit Company LLC mortoncraigecf@gmail.com mortoncraigecf@gmail.com |

TOTAL: 10