Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–17494–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jesse L. Austin<br>aka Jesse Lee Austin<br>106 E. Dickinson Street<br>Woodstown, NJ 08098 | Amber D. Austin<br>106 E. Dickinson Street<br>Woodstown, NJ 08098 |

Social Security No.:
  xxx–xx–6088                                       xxx–xx–9849

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            December 27, 2022
Time:              10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*80* – Certification in Opposition to (related document:79 Creditor's Certification of Default (related document:29 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT–V. Objection deadline is 12/13/2022. (Attachments: # 1 Certification # 2 Exhibit A: Filed Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT–V) filed by Richard S. Hoffman Jr. on behalf of Amber D. Austin, Jesse L. Austin. (Hoffman, Richard)

and transact such other business as may properly come before the meeting.


Dated: December 2, 2022
JAN:

                                                                      Jeanne Naughton
                                                                      Clerk