Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−17494−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jesse L. Austin | Amber D. Austin |
| aka Jesse Lee Austin | 106 E. Dickinson Street |
| 106 E. Dickinson Street | Woodstown, NJ 08098 |
| Woodstown, NJ 08098 | |

Social Security No.:
  xxx−xx−6088                                    xxx−xx−9849

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           December 27, 2022
Time:                    10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*80* − Certification in Opposition to (related document:79 Creditor's Certification of Default (related document:29 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT−V. Objection deadline is 12/13/2022. (Attachments: # 1 Certification # 2 Exhibit A: Filed Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT−V) filed by Richard S. Hoffman Jr. on behalf of Amber D. Austin, Jesse L. Austin. (Hoffman, Richard)

and transact such other business as may properly come before the meeting.


Dated: December 2, 2022
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17494-ABA |
| Jesse L. Austin | Chapter 13 |
| Amber D. Austin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2022 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse L. Austin, Amber D. Austin, 106 E. Dickinson Street, Woodstown, NJ 08098-1317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor HOME POINT FINANCIAL CORPORATION hkaplan@rasnj.com  kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 02, 2022 | Form ID: 173 | Total Noticed: 1 |

Matthew K. Fissel
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    matthew.fissel@brockandscott.com

Phillip Andrew Raymond
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION phillip.raymond@mccalla.com
    mccallaecf@ecf.courtdrive.com

Richard S. Hoffman, Jr.
    on behalf of Debtor Jesse L. Austin rshoffman@hoffmandimuzio.com
    jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

Richard S. Hoffman, Jr.
    on behalf of Joint Debtor Amber D. Austin rshoffman@hoffmandimuzio.com
    jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor HOME POINT FINANCIAL CORPORATION smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 12