| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jason Schwartz, Esquire<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>Attorney for Creditor Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com<br><br>IN RE:<br><br>Jesse L. Austin aka Jesse Lee Austin<br>Amber D. Austin<br>Debtors | Order Filed on April 10, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 18-17494-ABA<br>Chapter 13<br>Hearing Date: March 21, 2023<br>Judge: Andrew B. Altenburg, Jr. |

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The Consent Order set forth on the following pages is hereby **ORDERED.**

**DATED: April 10, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtors: | Jesse L. Austin aka Jesse Lee Austin and Amber D. Austin |
| Case No.: | 18-17494-ABA |
| Caption: | Agreed Order Resolving Certification of Default |

For good cause shown, it is **ORDERED** that Applicant's Certification of Default is resolved, subject to the following conditions:

1. Secured Creditor and Debtors have entered into a Modification Trial Period Plan
2. Debtors agree to make timely trial monthly modification mortgage payments in the amount of $1,632.61 beginning April 1, 2023 and ending on June 1, 2023.
3. Debtors acknowledge that the monthly post-petition mortgage payment is subject to change in accordance with the terms of the note and mortgage.

In the event of default or denial of loan modification:

If the Debtors fail to make the trial modification payments within thirty (30) days of the date the payments are due, is denied a loan modification or fails to complete a modification then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

The undersigned hereby consent to the form,
And entry of the within Order:

| | |
|---|---|
| _____ | /s/ Jason Schwartz, Esq. |
| Richard S. Hoffman, Jr., Esq. | Jason Schwartz, Esq. |
| *Attorney for Debtor* | *Attorney for Secured Creditor* |

.