

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Jason Schwartz, Esquire<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>Attorney for Creditor Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com | |
| IN RE:<br><br>Jesse L. Austin aka Jesse Lee Austin<br>Amber D. Austin<br>Debtors | Case No.: 18-17494-ABA<br>Chapter 13<br>Hearing Date: March 21, 2023<br>Judge: Andrew B. Altenburg, Jr. |

**Order Filed on April 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The Consent Order set forth on the following pages is hereby **ORDERED.**

**DATED: April 10, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors:    Jesse L. Austin aka Jesse Lee Austin and Amber D. Austin
Case No.:    18-17494-ABA
Caption:    Agreed Order Resolving Certification of Default

        For good cause shown, it is **ORDERED** that Applicant's Certification of Default is resolved, subject to the following conditions:

1. Secured Creditor and Debtors have entered into a Modification Trial Period Plan

2. Debtors agree to make timely trial monthly modification mortgage payments in the amount of $1,632.61 beginning April 1, 2023 and ending on June 1, 2023.

3. Debtors acknowledge that the monthly post-petition mortgage payment is subject to change in accordance with the terms of the note and mortgage.

In the event of default or denial of loan modification:

        If the Debtors fail to make the trial modification payments within thirty (30) days of the date the payments are due, is denied a loan modification or fails to complete a modification then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

The undersigned hereby consent to the form,
And entry of the within Order:

_____        /s/ Jason Schwartz, Esq.
Richard S. Hoffman, Jr., Esq.        Jason Schwartz, Esq.
*Attorney for Debtor*        *Attorney for Secured Creditor*

.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 18-17494-ABA

Jesse L. Austin                                                                             Chapter 13

Amber D. Austin

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | +  Jesse L. Austin, Amber D. Austin, 106 E. Dickinson Street, Woodstown, NJ 08098-1317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor HOME POINT FINANCIAL CORPORATION hkaplan@rasnj.com  kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT-V jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 10, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Jonathan C. Schwalb

on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Lauren Moyer

on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT-V lmoyer@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com

Matthew K. Fissel

on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com

Phillip Andrew Raymond

on behalf of Creditor FREEDOM MORTGAGE CORPORATION phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Richard S. Hoffman, Jr.

on behalf of Joint Debtor Amber D. Austin rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

Richard S. Hoffman, Jr.

on behalf of Debtor Jesse L. Austin rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

Sindi Mncina

on behalf of Creditor HOME POINT FINANCIAL CORPORATION smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 14