**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jesse L. Austin<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6088<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Amber D. Austin<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9849<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    18–17494–ABA

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jesse L. Austin    Amber D. Austin
aka Jesse Lee Austin

7/8/25    **By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17494-ABA |
| Jesse L. Austin | Chapter 13 |
| Amber D. Austin | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 6 |
| Date Rcvd: Jul 08, 2025 | Form ID: 3180W | Total Noticed: 94 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse L. Austin, Amber D. Austin, 106 E. Dickinson Street, Woodstown, NJ 08098-1317 |
| cr | + | HOME POINT FINANCIAL CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517455518 | + | Borough of Woodstown, PO Box 286, Woodstown, NJ 08098-0286 |
| 517455521 | + | Cardiovascula Assc. of Del Valley, 120 White Horse Pike, Suite 112, Haddon Heights, NJ 08035-1938 |
| 517455522 | | Care Associates of Salem Co., Woodstown Family Practice, 125 E. Aveue Suite C, Woodstown, NJ 08098 |
| 517466437 | + | D. Anthony Sottile, Esquire, Authorized Agent for Home Point Financia, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 517455532 | | Genpath Women's Health, BIoreference Laboratories, PO Box 21134, New York, NY 10087-1134 |
| 517455536 | | Inspira Health Network, PO Box 650292, Dallas, TX 75265-0292 |
| 517455537 | + | Inspira Health Network Urgent Care, 1120 Delsea Drive North, Glassboro, NJ 08028-1444 |
| 517455538 | + | Inspira Medical Group, Cooper Bone & Joint, 1120 Delsea Drive North, Glassboro, NJ 08028-1444 |
| 517455539 | | Jefferson Unv. Physicians, PO Box 40089, Philadelphia, PA 19106-0089 |
| 517525486 | + | Navient Solutions, LLC on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 517455544 | | Patient First, PO BOx 758941, Baltimore, MD 21275-8941 |
| 517455545 | + | Pennsville National Bank, PO Box 345, Pennsville, NJ 08070-0345 |
| 517476603 | + | Pennsville National Bank, 170 s. Broadway, Pennsville, NJ 08070-2200 |
| 517455546 | + | Premier Dermatology & Cosmetic Surgery, 537 Stanton Christiana Road, Newark, DE 19713-2148 |
| 517455550 | | Regional Diagnostic Imaging, 2527 Cranberry Highway, Wareham, MA 02571-1046 |
| 517455552 | + | SJ Anesthesia & Pain Physicians, 509 N. Broad Street, Woodbury, NJ 08096-1617 |
| 517455553 | + | South Jeersey Health System, Attn: Professional Med Adj Bureau, 4135 S. Sgtream Blvd., Suite 400, Charlotte, NC 28217-4636 |
| 517573242 | + | South Jersey Anesthesia and Pain Phys, Apes Asset Management, LLC, PO Box 5407, Lancaster PA 17606-5407 |
| 517455555 | + | South Jersey Gastro Consultants, Attn: Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 517455556 | | South Jersey HS Emg Phys, Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 517455560 | | The Eye Institute of Salus Unv., PO Box 95000, Philadelphia, PA 19195-0001 |
| 520094385 | | U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261 |
| 520192208 | | U.S. Bank National Association, et al., C/O Fay Servicing, LLC, PO Box 814609 Dallas, TX 75381 |
| 517455563 | | US Dept of Education, PO Box 105081, Atlanta, GA 30348-5081 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: EBNBKNOT@ford.com | Jul 08 2025 20:59:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| cr | ^ | MEBN | | |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 08 2025 20:52:08 | Rushmore Loan Management Services, LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 517455513 | | ^ MEBN | Jul 08 2025 20:51:17 | Apex Asset Mgmt., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 517455514 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 08 2025 20:58:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517455515 | | EDI: BANKAMER | Jul 09 2025 00:41:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 517455516 | | EDI: TSYS2 | Jul 09 2025 00:47:00 | Barclay Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517455517 | | EDI: CITICORP | Jul 09 2025 00:47:00 | Best Buy Credit Services, PO Box 183195, Columbus, OH 43218-3195 |
| 517455519 | | Email/Text: amanda@cascollects.com | Jul 08 2025 20:59:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 517455520 | + | EDI: CAPITALONE.COM | Jul 09 2025 00:47:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517577755 | | Email/PDF: bncnotices@becket-lee.com | Jul 08 2025 21:08:06 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517455523 | + | EDI: CITICORP | Jul 09 2025 00:47:00 | CitiCards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517455524 | | EDI: WFNNB.COM | Jul 09 2025 00:47:00 | Comenity - PayPal, PO Box 182125, Columbus, OH 43218-2125 |
| 517455525 | + | EDI: CCS.COM | Jul 09 2025 00:47:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 517455526 | | EDI: DIRECTV.COM | Jul 09 2025 00:47:00 | DirecTV, PO Box 11732, Newark, NJ 07101-4732 |
| 517594499 | + | EDI: AIS.COM | Jul 09 2025 00:47:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517467716 | | EDI: DISCOVER | Jul 09 2025 00:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517455527 | + | EDI: DISCOVER | Jul 09 2025 00:47:00 | Discover Card, Attn: Bankruptcy Dept., PO Box 3025, New Albany, OH 43054-3025 |
| 517455528 | + | Email/Text: EBN@edfinancial.com | Jul 08 2025 20:58:00 | EdFinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 517494708 | + | Email/Text: EBN@edfinancial.com | Jul 08 2025 20:58:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 517455529 | | EDI: USBANKARS.COM | Jul 09 2025 00:47:00 | Elan Cardnenber Service, PO Box 790408, Saint Louis, MO 63179-0408 |
| 520475958 | | Email/Text: ECF@fayservicing.com | Jul 08 2025 20:58:00 | Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 520475959 | | Email/Text: ECF@fayservicing.com | Jul 08 2025 20:58:00 | Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, Fay Servicing, LLC, Bankruptcy Department |
| 519212592 | | Email/Text: EBNBKNOT@ford.com | Jul 08 2025 20:59:00 | Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 519779809 | | ^ MEBN | Jul 08 2025 20:52:10 | FRIEDMAN VARTOLO, LLP, Attorneys for Rushmore Loan Management, Services, LLC as Servicer for U.S. Bank, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

Case 18-17494-ABA   Doc 105   Filed 07/10/25   Entered 07/11/25 00:17:00   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0312-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jul 08, 2025 | Form ID: 3180W | Total Noticed: 94 |

| | | | | |
|---|---|---|---|---|
| 517455531 | | Email/Text: EBNBKNOT@ford.com | Jul 08 2025 20:59:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 517570230 | + | EDI: AISACG.COM | Jul 09 2025 00:47:00 | Ford Motor Credit Company LLC, 4515 N. Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 520216661 | + | EDI: AISACG.COM | Jul 09 2025 00:47:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519334794 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 08 2025 20:58:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 519334795 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 08 2025 20:58:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037, Freedom Mortgage Corporation 46037-9764 |
| 517455533 | | Email/Text: jkatsios@gsicollections.com | Jul 08 2025 20:58:00 | GSI Recovery, LLC, PO Box 1026, Bloomfield, NJ 07003-1026 |
| 517455534 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 08 2025 20:58:00 | Home Point Financial, 4849 Greenville Avenue, Suite 800, Dallas, TX 75206-4130 |
| 517464918 | ^ | MEBN | Jul 08 2025 20:51:15 | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 517480121 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 08 2025 20:58:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 517455535 | + | Email/Text: robbinsa1@ihn.org | Jul 08 2025 20:59:00 | Inspira Health Network, Patient Business Services, 333 Irving Avenue, Bridgeton, NJ 08302-2123 |
| 518923552 | | Email/Text: legaldivision@kheaa.com | Jul 08 2025 20:58:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518923553 | | Email/Text: legaldivision@kheaa.com | Jul 08 2025 20:58:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 517455540 | | EDI: CAPITALONE.COM | Jul 09 2025 00:47:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 517601301 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2025 20:57:40 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517580971 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2025 20:59:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517455542 | | EDI: MAXMSAIDV | Jul 09 2025 00:47:00 | Navient, Dept of Ed Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517585799 | | EDI: PRA.COM | Jul 09 2025 00:47:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517599821 | | EDI: PRA.COM | Jul 09 2025 00:47:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517528582 | + | Email/Text: joey@rmscollect.com | Jul 08 2025 20:59:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 517582884 | | EDI: Q3G.COM | Jul 09 2025 00:47:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517455547 | + | EDI: TDBANKNORTH.COM | Jul 09 2025 00:47:00 | Raymour and Flanigan, 1000 Macarther Blvd, Mahwah, NJ 07430-2035 |
| 517455548 | | Email/Text: joey@rmscollect.com | | |

Case 18-17494-ABA   Doc 105   Filed 07/10/25   Entered 07/11/25 00:17:00   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0312-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jul 08, 2025 | Form ID: 3180W | Total Noticed: 94 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 08 2025 20:59:00 | Receivables Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 517455549 | ^ | MEBN | | |
| | | | Jul 08 2025 20:51:18 | Receivables Outsourcing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 517491267 | + | Email/Text: jkatsios@gsicollections.com | | |
| | | | Jul 08 2025 20:58:00 | Regional Diagnostic Imaging, LLC, c/o GSI Recovery, LLC, PO Box 1026, Bloomfield, NJ 07003-1026 |
| 517455530 | | Email/Text: bankruptcy@sequium.com | | |
| | | | Jul 08 2025 20:58:00 | Focus Receivables Management, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 517455551 | | Email/Text: bankruptcy@sequium.com | | |
| | | | Jul 08 2025 20:58:00 | Sequium Asset Solutions, LLC, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 517455554 | ^ | MEBN | | |
| | | | Jul 08 2025 20:51:43 | South Jersey Gas Co., PO Box 6091, Bellmawr, NJ 08099-6091 |
| 517460223 | ^ | MEBN | | |
| | | | Jul 08 2025 20:52:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517455557 | | EDI: SYNC | | |
| | | | Jul 09 2025 00:41:00 | Synchrony Bank/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 517455558 | | EDI: SYNC | | |
| | | | Jul 09 2025 00:41:00 | Synchrony Bank/PayPal, PO Box 965005, Orlando, FL 32896-5005 |
| 517455559 | + | EDI: TDBANKNORTH.COM | | |
| | | | Jul 09 2025 00:47:00 | TD Retail Card Services, Raymour & Flanigan account, PO Box 731, Mahwah, NJ 07430-0731 |
| 517577944 | + | EDI: CBSTDR | | |
| | | | Jul 09 2025 00:47:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 517455543 | | Email/Text: ebn@nemours.org | | |
| | | | Jul 08 2025 20:59:00 | Nemours CBO Collections Unit, PO Box 530253, Atlanta, GA 30384-2053 |
| 517528701 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Jul 08 2025 20:58:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517814620 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Jul 08 2025 21:08:08 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517455562 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Jul 08 2025 20:58:00 | Toyota Motor Credit Corporation, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 517455561 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Jul 08 2025 20:58:00 | Toyota Motor Credit Corporation, PO Box 4102, Carol Stream, IL 60197-4102 |
| 517543701 | | EDI: USBANKARS.COM | | |
| | | | Jul 09 2025 00:47:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 519670556 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jul 08 2025 20:58:00 | U.S. Bank National Association, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank National Association, Rushmore Loan Management Services 92619-5004 |
| 519670555 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jul 08 2025 20:58:00 | U.S. Bank National Association, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 520094386 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jul 08 2025 20:58:00 | U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261, U.S. Bank National Association, et al., c/o Rushmore Servicing, PO Box 619096 Dallas, TX 75261-9096 |
| 520192209 | ^ | MEBN | | |
| | | | Jul 08 2025 20:51:36 | U.S. Bank National Association, et al., C/O Fay Servicing, LLC, PO Box 814609 Dallas, TX 75381, U.S. Bank National Association, et al., C/O Fay Servicing, LLC, PO Box 814609 Dallas, TX 75381-4609 |

| District/off: 0312-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jul 08, 2025 | Form ID: 3180W | Total Noticed: 94 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517580999 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517455541 | ##+ | MedExpress Urgent Care, NJ, Attn: Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2025             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2025 at the address(es) listed below:

**Name**      **Email Address**

Andrew B Finberg
  courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew L. Spivack
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

David Coats
  on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V dacoats@raslg.com

Denise E. Carlon
  on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
  on behalf of Creditor HOME POINT FINANCIAL CORPORATION hkaplan@rasnj.com  kimwilson@raslg.com

Jason Brett Schwartz
  on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

John R. Morton, Jr.
  on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Jonathan C. Schwalb
  on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Lauren Moyer
  on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage TT-V bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com

Phillip Andrew Raymond
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Richard S. Hoffman, Jr.

|  |  |
|---|---|
|  | on behalf of Joint Debtor Amber D. Austin rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Jesse L. Austin rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor HOME POINT FINANCIAL CORPORATION smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ford Motor Credit Company LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 15