Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18–17494–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jesse L. Austin | Amber D. Austin |
| aka Jesse Lee Austin | 106 E. Dickinson Street |
| 106 E. Dickinson Street | Woodstown, NJ 08098 |
| Woodstown, NJ 08098 | |

Social Security No.:
xxx–xx–6088                                          xxx–xx–9849

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 19, 2025</u>                    <u>Andrew B. Altenburg Jr.</u>
                                                                   Judge, United States Bankruptcy Court